UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WALTER DUNNING LARRICK, III and CAMBRIDGE FINANCIAL ADVISORS LLC <br><br> Defendants. | ) ) ) ) ) ) ) CIVIL ACTION NO: 23-cv-1887 ) ) ) ) ) ) ) ) ) |

**STATUS REPORT ON SERVICE EFFORTS**

Plaintiff Commodity Futures Trading Commission ("CFTC") provides the following status report to the Court with respect to its ongoing efforts to serve Defendants.

1. The CFTC filed this action on August 23, 2023, against Defendants Walter Dunning Larrick, III and his entity, Cambridge Financial Advisors LLC. (ECF No. 1.)

2. To the best of undersigned counsels' knowledge, Larrick is currently residing outside the United States in Costa Rica. *Id.* at ¶15.

3. On August 24, 2023, the Court issued Summonses for Larrick and Cambridge (ECF No. 10), and the CFTC began the process of attempting to serve Defendants through various methods as prescribed under Federal Rule of Civil Procedure ("FRCP") 4(f) and 4(h)(2).

1

4. In an effort to effect service on Defendants under FRCP 4(f)(2)(C)(ii), on September 13, 2023, the CFTC mailed the Civil Cover Sheet, Summonses, and Complaint and Spanish language translations of those documents to the Clerk's Office for the District Court for the Northern District of Texas. On September 19, 2023, and September 21, 2023, the Clerk caused those documents to be sent via FedEx to Larrick's last known address in Costa Rica. On October 10, 2023, the CFTC learned that FedEx was unable to complete delivery of those documents.

5. Pursuant to FRCP 4(f)(1), the CFTC has also begun service of process under the Hague Convention on the Service Abroad of Judicial and Extradjudicial Documents. On September 12, 2023, the CFTC caused all documents necessary for service under the Hague Convention to be sent to the Central Authority for Costa Rica, the Ministry of Foreign Affairs and Worship Legal Directorate ("Central Authority"). On September 14, 2023, the CFTC received notice that the Hague Convention service documents were delivered to the Central Authority. To date, the CFTC has not received any communications from the Central Authority regarding the status of service on Defendants.

6. Finally, the CFTC has also engaged a process server, Ancillary International, to effect service on Defendants in Costa Rica. Ancillary International advised that service of process in Costa Rica was most likely to be effective through the Hague Convention and they estimated the process would take approximately 20 weeks. On September 26, 2023, the CFTC sent the Hague Convention service documents to Ancillary International. On October 23, 2023, Ancillary International Reported that the documents were delivered to the Central Authority. Ancillary International has reached out to the Central Authority on several occasions to obtain a

status update on service. As of February 5, 2024, the Central Authority had not responded to any of those inquiries.

7. In the event that the none of the currently-in-process service attempts are successful, the CFTC intends to move for alternative service under FRCP 4(f)(3) and seek permission to serve Defendants via email.

Dated: February 15, 2024  Respectfully submitted,

*/s/ Sarah Matlack Wastler*
Sarah Matlack Wastler*
Brendan M. Forbes*
James H. Holl, III*
COMMODITY FUTURES TRADING COMMISSION
1155 21st St., N.W.
Washington, D.C. 20581
Telephone: (202) 418-5000
swastler@cftc.gov
bforbes@cftc.gov
jholl@cftc.gov

*Admitted Pro hac vice*

*Attorneys for Plaintiff*
*Commodity Futures Trading Commission*

## **CERTIFICATE OF SERVICE**

The undersigned counsel, hereby certifies that on this 15th day of February 2024, I caused the foregoing document to be filed using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Sarah M. Wastler*
Sarah M. Wastler